IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
BECKLEY DIVISION

**JOSEPH K. WOLFE,**

    **Plaintiff,**

v.                                                                              Case No. 5:13-20741
                                                                           JUDGE: IRENE C. BERGER

**HOSPITALITY LODGING INVESTORS, LP**
**d/b/a COUNTRY INN & SUITES, a**
**Pennsylvania Limited Partnership;**
**HLI DEVELOPMENT, INC., a Pennsylvania**
**Corporation; and ROGER D. MARTIN, Individually,**

    **Defendants.**

## DISMISSAL ORDER

    **NOW COMES** the Plaintiff, Joseph K. Wolfe, by counsel, P. Rodney Jackson, and the Defendants, Hospitality Lodging Investors, LP d/b/a Country Inn & Suites and HLI Development, Inc., by counsel, Kevin A. Nelson and Ashley W. French, and Roger D. Martin, by counsel, Timothy L. Mayo and Phillip D. Estep, and announce to the Court that all matters in controversy between the parties have been fully compromised, agreed, and settled. Plaintiff and Defendants jointly move the Court to dismiss all of the Plaintiff's claims, with prejudice.

    It appearing proper to do so, it is hereby **ORDERED** that all claims by the Plaintiff against the Defendants, be and are, **DISMISSED**, with prejudice, as fully compromised, agreed, and settled.

    The Clerk is **DIRECTED** to send certified copies of this order to all counsel of record.

    **ENTERED** this _____ day of _____, 2014.

                                                                        _/s/ Irene C. Berger_
                                                                      IRENE C. BERGER
                                                                      UNITED STATES DISTRICT JUDGE
                                                                      SOUTHERN DISTRICT OF WEST VIRGINIA

{C0211401.1 }

**Prepared by:**

/s/ Ashley W. French
Kevin A. Nelson, Esquire (WVSB #2715)
Ashley W. French, Esquire (WVSB #9060)
**HUDDLESTON BOLEN LLP**
P.O. Box 3786
Charleston, WV 25337
304-344-9869


**Approved by:**

/s/ P. Rodney Jackson
P. Rodney Jackson, Esquire (WVSB #1861)
707 Virginia Street East
Suite 400
Charleston, WV 25301
304-720-6783


/s/ Timothy L. Mayo
Timothy L. Mayo, Esquire (WVSB #5771)
Phillip D. Estep, Esquire (WVSB #11403)
Flaherty Sensabaugh Bonasso, PLLC
200 Capitol Street
P. O, Box 3843
Charleston, WV 25338-3843
304 345-0200